## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRISTOPHER GEORGE SANDERS** **#94650/510422/330728** | **CIVIL ACTION NO. 22-cv-5353** **SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **RAYMOND LABORDE CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 13], and having thoroughly reviewed the record, including the written objections [Doc. No. 16] filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Complaint and Amended Complaint (Doc. Nos. 1, 11) are **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 9th day of March 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE